[No. 59744-2-I. Division One. August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE ALPHONSE LAPALM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00717-9, Michael T. Downes, J., entered February 28, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Leach, JJ.

[No. 60006-1-I. Division One. August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VIREL GINIYATOVICH AMINEV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07459-5, Nicole MacInnes, J., entered May 7, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 60044-3-I. Division One. August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DIEM QUANG NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06622-3, Richard D. Eadie, J., entered May 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60053-2-I. Division One. August 11, 2008.]

LUAN NGUYEN, *Respondent*, v. THUY TIEN TRUONG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-09960-7, Eric Z. Lucas, J., entered May 11, 2007. *Affirmed* by unpublished per curiam opinion.